

The motion is granted. Each party will bear its own costs.

**Herbert L. TAYLOR, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 01–7110.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2002.

*ORDER*

Upon consideration of Herbert L. Taylor's unopposed motion to voluntarily dismiss his appeal.

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs

**Victorie S. WHITE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 02–3224.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2002.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**James MARTIN, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 02–3178.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2002.

ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule

30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Pauline E. MAXEY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 02–3357.**

United States Court of Appeals, Federal Circuit.

Nov. 21, 2002.

### ORDER

The order of dismissal and the mandate dated November 8, 2002 having been issued in error, the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

**UNITED PACIFIC INSURANCE COMPANY, Appellant,**

v.

**James G. ROCHE, Secretary of the Air Force, Appellee.**

**No. 01–1596.**

United States Court of Appeals, Federal Circuit.

Nov. 22, 2002.

### *ORDER*

The court treats United Pacific Insurance's response to this court's September 25, 2002 order as a motion to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.